# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANWAR RANDLE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) CIVIL NO. 08-cv-856-DRH |
| | ) |
| JAMES DAVIDSON, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

This matter is before the Court *sua sponte*. Plaintiffs Randle, Dismuke, Reyes, Crum, Chabitch, Turner, and Wilborn have filed a joint action pursuant to 42 U.S.C. § 1983. The Court has received motions to proceed *in forma pauperis* from each Plaintiff *except* Plaintiff Dionsio Reyes. The Court further notes that Plaintiff Reyes has not submitted the full $350 filing fee either.

**IT IS HEREBY ORDERED** that, no later than July 17, 2009, Plaintiff Reyes shall pay the $350 filing fee applicable to this action. In the alternative, Plaintiff Reyes may file a motion to proceed *in forma pauperis*, supported by a certified copy of his prison trust fund account statement for the six-month period immediately preceding the filing of the complaint and an affidavit that includes a statement of his assets. Plaintiff Reyes is **ADVISED** that in the event he has been transferred among institutions during this six-month period, it is his responsibility to obtain a copy of his prison trust account statement from each such facility and to forward it to the Court. Plaintiff Reyes is **FURTHER ADVISED** that his obligation to pay the filing fee for

this action was incurred at the time the action was filed; such an obligation will exist whether or not Plaintiff is granted leave to proceed *in forma pauperis.* 28 U.S.C. § 1915(b)(1); *see also Lucien v. Jockisch,* 133 F.3d 464, 467 (7th Cir. 1998).

**IT IS FURTHER ORDERED** that should Plaintiff Reyes fail to comply with this order in the time alloted, this he will be dismissed as a Plaintiff in this action for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED:** June 18, 2009

/s/   DavidRHerndon
**DISTRICT JUDGE**