IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANWAR RANDLE, O'SHANE DISMUKE,
DIONSIO REYES, CORY CRUM,
DAVID CHABITCH, CHE TURNER,
and JONATHAN WILBORN,

Plaintiffs,

v.

JAMES DAVIDSON, RON VITALE,
JEFFREY PARKER, and BRUCE
MORRISON,

Defendants.                                         No. 08-CV- 856-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action is before the Court on Report and Recommendation of United States Magistrate Judge Philip M. Frazier.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court entered on September 20, 2010 by Chief Judge David R. Herndon, judgment is entered in favor of the defendants **RON VITALE, JEFFREY PARKER** and **BRUCE MORRISON** and against plaintiffs **O'SHANE DISMUKE and DAVID CHABITCH**. Pursuant to this same Order, judgment is also entered in favor of defendant **BRUCE MORRISON** and against plaintiff **ANWAR RANDLE.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court entered on May 10, 2010 by Chief Judge David R. Herndon, judgment is entered in favor of defendants **RON VITALE and JEFFREY PARKER** and against plaintiff **ANWAR RANDLE**. Pursuant to this same Order, judgment is also entered in favor of defendants **RON VITALE, JEFFREY PARKER and BRUCE MORRISON** and against plaintiff **CORY CRUM**.

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of the Court entered on September 9, 2009 by Chief Judge David R. Herndon, judgment is entered in favor of the defendant **JAMES DAVIDSON** and against plaintiffs **ANWAR RANDLE, O'SHANE DISMUKE, CORY CRUM and DAVID CHABITCH.**

**IT IS FURTHER HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of this Court entered on September 3, 2009 by Chief Judge David R. Herndon, judgment is entered in favor of defendants **JAMES DAVIDSON, RON VITALE, JEFFREY PARKER and BRUCE MORRISON** and against plaintiffs **DIONSIO REYES, CHE TURNER and JONATHAN WILBORN.**

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:        /s/*Sandy Pannier*
           **Deputy Clerk**

Dated: September 21, 2010

APPROVED: /s/   *DavidRHerndon*
           CHIEF JUDGE
           U. S. DISTRICT COURT